**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **STEPHEN WARD**<br>    *Plaintiff,*<br><br>**V.**<br><br>**LEXINGTON INSURANCE COMPANY,**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§   **CIVIL ACTION 4:16-cv-01151**<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff Stephen Ward and Defendant Lexington Insurance Company file this Joint Stipulation of Dismissal as to **all** parties and all claims. The parties have reached a resolution of all claims with respect to all parties. Plaintiff and Defendant will bear their own costs in this matter.

Dated this the  3rd  day of February, 2017.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   /s/ *Jennifer M Kearns*
**Jennifer M. Kearns**
State Bar No. 24049865
Southern District No. 1127140
701 Brazos, Suite 1500
Austin, Texas  78701
Telephone:  (512) 708-8200
Facsimile:  (512) 708-8777
jkearns@thompsoncoe.com

**ATTORNEY FOR DEFENDANT
LEXINGTON INSURANCE COMPANY**

By: */s/ C. Bryan Beverly* \*
**C. Bryan Beverly**
State Bar No. 24082688
**Bill L. Voss**
Texas Bar No. 24047043
Southern District Bar No. 602663
**Scott G. Hunziker**
State Bar No. 24032446
Southern District Bar No. 38752
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
T (713) 861-0015
F (713) 861-0021
byran@vosslawfirm.com
bill.voss@vosslawfirm.com
scott@vosslawfirm.com

**COUNSEL FOR PLAINTIFF**

\**Signed with permission*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the  3rd  day of February, 2017, a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record through the electronic filing system for the U.S. District Court for the Southern District of Texas.

    C. Bryan Beverly
    Bill L. Voss
    Scott G. Hunziker
    The Voss Law Center
    26619 Interstate 45 South
    The Woodlands, Texas 77380
    T (713) 861-0015
    F (713) 861-0021
    byran@vosslawfirm.com
    bill.voss@vosslawfirm.com
    scott@vosslawfirm.com

                                                 */s/ Jennifer M. Kearns*
                                                Jennifer M. Kearns