United States District Court
Southern District of Texas
**ENTERED**
February 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN WARD,  Plaintiff, § § § | |
| v. § | CIVIL ACTION NO. H-16-1151 |
| § LEXINGTON INSURANCE CO., § Defendant. § | |

## **DISMISSAL ORDER**

In accordance with the parties' Joint Stipulation of Dismissal [Doc. # 11], it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own costs.

SIGNED at Houston, Texas, this **3rd** day of **February, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\1151DO.wpd  170203.1349